No. 42339.—Protests 718137–G (D), etc., of Fontana Hollywood Co. of N. Y. (New York).

Opinion by KEEFE, J. It was held that an allowance should have been made for the weight of the inedible covering on the outside of the cheese and the protests were sustained. Abstract 41794 followed.

No. 42340.—Protests 696369–G, etc., of Benjamin Dorman et al. (New York).

Opinion by KEEFE, J. It was held that an allowance should have been made for the weight of the inedible covering on the outside of the cheese and the protests were sustained. Abstract 41794 followed.

No. 42341.—Protests 691872–G, etc., of Columbo Co. et al. (New York).

Opinion by KEEFE, J. It was held that an allowance should have been made for the weight of the inedible covering on the outside of the cheese and the protests were sustained. Abstract 41794 followed.

No. 42342.—Protests 684860–G, etc., of C. Tornello & Co. et al. (New York).

Opinion by KEEFE, J. It was held that an allowance should have been made for the weight of the inedible covering on the outside of the cheese and the protests were sustained. Abstract 41794 followed.

No. 42343.—Protests 681952–G, etc., of J. Aeillo & Son et al. (New York).

Opinion by KEEFE, J. It was held that an allowance should have been made for the weight of the inedible covering on the outside of the cheese and the protests were sustained. Abstract 41794 followed.

No. 42344.—Protests 843257–G, etc., of Antolini & Co. et al. (New York).

Opinion by KEEFE, J. In accordance with stipulation of counsel and on the authority of Abstracts 39667 and 41794 the protests were sustained.

No. 42345.—Protests 684841–G, etc., of G. Ascione, Inc., et al. (New York).

Opinion by KEEFE, J. In accordance with stipulation of counsel and on the authority of Abstracts 39667 and 41794 the protests were sustained.

OCTOBER 3, 1939

No. 42346. Protest 948581–G of Montgomery Ward & Co. Abstract 42025. Application by Government for rehearing granted.